# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tacha, Deanell R. | United States Court of Appeals Tenth Circuit | May 14, 2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Judge (Active) | ___ Nomination, Date _____  ___ Initial  X  Annual  ___ Final  5b. ___ Amended Report | 01/01/06-12/31/06 |

7. Chambers or Office Address

643 Massachusetts St., Suite 301
Lawrence, KS  66044-2292

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION      NAME OF ORGANIZATION/ENTITY

[ ] **NONE** (No reportable positions.)

1  See Attachment #1

2

3

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

DATE      PARTIES AND TERMS

[X] **NONE** (No reportable agreements.)

1

2

2007 MAY 16  A 11: 37
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

DATE      SOURCE AND TYPE      INCOME

**A. Filer's Non-Investment Income**

[ ] **NONE** (No reportable non-investment income.)

1  See Attachment #2      $

2      $

3      $

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

[ ] **NONE** (No reportable non-investment income.)

1  See Attachment #2

2

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | See Attachment #3 | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | See Attachment #4 | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Tacha, Deanell R. | May 14, 2007 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 See Attachment #5 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tacha, Deanell R. | May 14, 2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ████████████████████████                    Date _5/14/07_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**FINANCIAL DISCLOSURE REPORT** (Cont'd)      Tacha, Deanell R.      May 14, 2007

## I. POSITIONS.

| Position | Name of Organization/Entity |
| --- | --- |
| Board of Trustees | Saint Paul School of Theology |
| Board of Directors | Kansas Health Foundation |
| Adjunct Faculty | Duke University School of Law |
| Board of Trustees | Kansas University Endowment Association |
| Board of Trustees, President | American Inns of Court |
| Stockholder & Manager | Reece Family Liability Corporation |
| Stockholder | Reece Family Agricultural Liability Corp. |
| Chair | Lawrence/Douglas County Heritage Area Committee |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.    May  14, 2007

## IV. REIMBURSEMENTS AND GIFTS.

| Source | Description |
|--------|-------------|
| University of Nebraska-Lincoln<br>Jurist In Residence<br>Lincoln, NE<br>February 7-9, 2006 | Ground transportation and meals |
| Yale Law School<br>Federalist Society<br>New Haven, CT<br>February 14-15, 2006 | Air fare, ground transportation,<br> lodging & meals |
| ABA Panel Presentation<br>Washington, D.C.<br>March 29-30, 2006 | Ground transportation, air fare,<br> lodging and meals |
| Mississippi College School of<br>Law Moot Court Competition<br>Jackson, MI<br>April 3-5, 2006 | Ground transportation and air fare |
| American Inns of Court<br>3rd Circuit Prof. Award<br>Farmington, PA<br>April 30-May 1, 2006 | Air fare, ground transportation,<br> lodging and meals |
| FBA William J. Holloway<br> Inaugural Lecture<br>Oklahoma City, OK<br>May 16-17, 2006 | Air fare, ground transportation,<br> lodging and meals |
| American Inns of Court<br>National Leadership Conference<br>Orlando, FL<br>May 17-20, 2006 | Air fare, ground transportation,<br> lodging and meals |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)      Tacha, Deanell R.     May   14, 2007

## IV. REIMBURSEMENTS AND GIFTS.

| Source | Description |
|--------|-------------|
| American Inns of Court<br>7th Circuit Prof. Award<br>Chicago, IL<br>May 22-23, 2006 | Air fare, ground transportation,<br>lodging and meals |
| North Carolina Bar Assoc.<br>Annual Meeting<br>Atlantic Beach, NC<br>June 15-16, 2006 | Air fare, ground transportation,<br>and meals |
| American Inns of Court<br>2nd Circuit Prof. Award<br>Chicago, IL<br>September 13-14, 2006 | Air fare, ground transportation,<br>lodging and meals |
| Toledo Women's Bar Assoc.<br>20th Anniversary<br>Chicago, IL<br>September 14-15, 2006 | Air fare and ground transportation |
| American Inns of Court<br>Temple Bar Scholarship Program<br>London, England<br>September 30-October 7, 2006 | Air fare, ground transportation,<br>and meals |
| American Inns of Court<br>Foundation Board Meeting<br>Washington, D.C.<br>October 20-22, 2006 | Air fare, ground transportation,<br>and meals |

# ATTACHMENT 5

**FINANCIAL DISCLOSURE REPORT** (Cont'd)      Tacha, Deanell R.      May 14, 2007

## VII.  INVESTMENTS and TRUSTS – income, value, transactions

| | A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset<br>exempt from prior disclosure* | B.<br>Income during<br>reporting period<br><br>(1)<br>Amt.<br>Code1<br>(A-H) | <br><br><br><br>(2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | C.<br>Gross value<br>at end of<br>reporting period<br><br>(1)<br>Value<br>Code2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code3<br>(Q-W) | D.<br>Transactions during reporting period<br><br>(1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If<br><br>(2)<br>Date:<br>Month-<br>Day | not<br><br>(3)<br>Value<br>Code2<br>(J-P) | exempt<br><br>(4)<br>Gain<br>Code1<br>(A-H) | from disclosure<br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|----|----|----|----|----|----|----|----|----|----|----|
| 1 | Putnam Vista Funds - IRA | B | Div. | L | T | | | | | |
| 2 | Putnam Voyager Funds - IRA | B | Div. | L | T | | | | | |
| 3 | TIAA Retirement Fund | D | Div. | K | W | | | | | |
| 4 | Trust - Value and assets unknown to me--no income, beneficiary upon death | | | | | | | | | |
| 5 | Putnam Global Growth IRA Fund | B | Div. | K | T | | | | | |
| 6 | Putnam Global Growth IRA Funds | B | Div. | K | T | | | | | |
| 7 | Bureau of Lectures & Concert Artists (sole stockholder) | A- except salary | Int. | M | U | | | | | |
| 8 | Reece Family, L.C. | | None | M | U | | | | | |
| 9 | Real Estate-Dec. Co | B | Rent | K | W | | | | | |
| 10 | Reece Family Agriculture, L.C. | | None | K | U | | | | | |
| 11 | Real Estate Hays, Ellis County, KS | | None | L | W | | | | | |
| 12 | MSDW International Value Equity Fund IRA | | None | K | T | | | | | |
| 13 | MSIF Mid Cap Growth IRA | | None | J | T | | | | | |
| 14 | MSIF US Small Cap VLU IRA | | None | K | T | | | | | |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.     May 14, 2007

## VII.  INVESTMENTS and TRUSTS – income, value, transactions

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If (2) Date: Month-Day | not (3) Value Code 2 (J-P) | exempt (4) Gain Code1 (A-H) | from disclosure (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | |
| 15   Equally Weighted S&P 500 IRA | | None | J | T | | | | | |
| 16   S&P 500 Index IRA | | None | K | T | | | | | |
| 17   Mid Cap Value IRA | | None | J | T | | | | | |
| 18   Van Kampen Comstock IRA | | None | K | T | | | | | |
| 19   MSIF Core Fixed Inc IRA | | None | J | T | | | | | |
| 20   MSIF Active Intern'l Alloc. IRA | | None | K | T | | | | | |
| 21   MSIF US Real Estate Portfolio IRA | | None | J | T | | | | | |
| 22   MS Focus Growth Fund | | None | K | T | Buy | 7/21/06 8/31/06 | K | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,00 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |